

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00939-CV

Cathy Cancel **MALAVE**,
Appellant

v.

Alberto **MALAVE**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11207
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of court for this appeal are taxed against Cathy Cancel Malave.

SIGNED January 16, 2019.

_____
Patricia O. Alvarez, Justice